Form 271

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 19–80573

IN THE MATTER OF:
Randolph Whitmeyer Ryan    xxx–xx–4077
Katrina Sein Ryan    xxx–xx–3840
1609 Claymore Rd
Chapel Hill, NC 27516

   Debtor(s)

## NOTICE OF FILINGS DUE

It appearing that a petition commencing a case under Title 11, United States Code was filed by or against the person named above on 8/2/19 , and that the following document(s) named below must be filed within **thirty (30) days** from the date the petition was filed; or on or before the date of the creditors meeting; whichever is **earlier.**

**Missing Documents(s):**
_____
Statement of Intent 9/1/19

**Date: 8/5/19**                                                                                         **OFFICE OF THE CLERK/ R**